DOCKET®
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MAR − 6 2009

KARL J. STABEN,

    Plaintiff,                JUDGMENT IN A CIVIL CASE

v.                            Case No. 08-cv-56-slc

GENERAL MOTORS CORPORATION,

    Defendant.

---

    This action came for consideration before the court with MAGISTRATE JUDGE
STEPHEN L. CROCKER  presiding.  The issues have been considered and a decision has
been rendered.

---

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant General Motors Corporation granting defendant's

motion for summary judgment and dismissing the case.

Peter Oppeneer, Clerk of Court             MAR − 6 2009

                                                   Date